# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Theresa Gouveia,

    Plaintiff(s),

v.

Smith's Food & Drug Centers, Inc.,

    Defendant(s).

Case No. 2:25-cv-00887-CDS-NJK

**Order**

[Docket No. 12]

Pending before the Court is Plaintiff's initial expert disclosure. Docket No. 12. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. *See, e.g.*, Local Rule 26-8; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

    IT IS SO ORDERED.

    Dated: October 20, 2025

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge

1