# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Theresa Gouveia, | Case No. 2:25-cv-00887-CDS-NJK |
| Plaintiff | **Order Rejecting Proposed Joint Pretrial Order and Referring Parties to Settlement** |
| v. | |
| Smith's Food & Drug Centers, Inc., | |
| Defendant | [ECF No. 16] |

The parties submitted their proposed joint pretrial order. ECF No. 16. However, because elements of the joint pretrial order do not comply with Local Rules 16-3 and 16-4, it is rejected.[1] Further, because the parties believe a settlement conference would be beneficial, I will refer this matter to the magistrate judge.

It is ordered that the proposed joint pretrial order **[ECF No. 16] is REJECTED**. This matter is referred to the magistrate judge for a settlement conference. In the event the parties are unable to resolve their dispute, they must confer and submit a second proposed order that complies with the Local Rules within thirty days of the failed settlement negotiations.

Dated: February 27, 2026

_____
Cristina D. Silva
United States District Judge

---

[1] The plaintiff's witness list is wholly noncompliant. Although parties are not required to limit their list to witnesses that they are certain to offer at trial, they cannot simply identify every person disclosed—or not disclosed—during discovery.