**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Theresa Gouveia,

     Plaintiff(s),

v.

Smith's Food & Drug Centers, Inc.,

     Defendant(s).

Case No. 2:25-cv-00887-CDS-NJK

**Order**

In light of the notice of settlement, Docket No. 19, the Court **VACATES** the settlement conference. Dismissal papers must be filed by April 15, 2026.

IT IS SO ORDERED.

Dated: March 17, 2026

_____

Nancy J. Koppe
United States Magistrate Judge

1