JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada  89102
(702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

THERESA GOUVEIA,

          Plaintiff

v.

SMITH'S FOOD & DRUG CENTERS, INC.,

          Defendant

Case No. 2:25-cv-00887-CDS-NJK

**STIPULATION OF DISMISSAL WITH PREJUDICE**

WHEREAS, the parties to this litigation have reached a full and final settlement of this case and all claims asserted therein;

IT IS HEREBY STIPULATED AND AGREED by and between SCOTT M. BRENSKE, ESQ., of the firm BRENSKE ANDREEVSKI & KRAMETBAUER, Attorneys for Plaintiff THERESA GOUVEIA, and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC. as follows:

1. That this case, including any and all claims of THERESA GOUVEIA, be dismissed with prejudice, each party to bear their own attorney fees and costs; and

/ / /

/ / /

/ / /

/ / /

/ / /

NG-C2N3CBX6 4900-1824-0406.1

2. That the Mandatory Settlement Conference scheduled to occur at 10:00 a.m. on May 18, 2026 pursuant to ECF No. 18 be vacated along with any other hearings or other deadlines currently existing in this case.

DATED this 18th day of March, 2026.

DATED this 18th day of March, 2026.

**BRENSKE ANDREEVSKI & KRAMETBAUER**

**COOPER LEVENSON, P.A.**

*/s/ Scott M. Brenske*

*/s/ Jerry S. Busby*

_____
SCOTT M. BRENSKE, ESQ.
Nevada Bar No. 15874
5749 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89119
(702) 385-3300
Attorneys for Plaintiff
THERESA GOUVEIA

_____
JERRY S. BUSBY, ESQ.
Nevada Bar No. 01107
3016 West Charleston Boulevard, Suite 195
Las Vegas, Nevada 89102
(702) 366-1125
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

DATED: March 19, 2026

NG-C2N3CBX6 4900-1824-0406.1